IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT ALEJNIKOV, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WATERSTREET COMPANY,<br><br>    Defendant. | CV 25-98-M-KLD<br><br>**ORDER** |

    Plaintiff moves for the admission of Gary M. Klinger to practice before this Court in this case with John Heenan to act as local counsel.  Mr. Klinger's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Gary Klinger pro hac vice is GRANTED on the condition that Mr. Klinger shall do his own work.  This means that Mr. Klinger must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Local counsel may move for the admission pro hac vice of one (1) associate of Mr. Klinger's firm.  Such associate, if duly admitted, shall

be authorized to participate in this case on the same terms and conditions as Mr. Klinger.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Klinger, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 21st day of August, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge