IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In Re: WaterStreet Data Breach Litigation | CV 25-98-M-KLD <br><br> ORDER |

The parties have filed a joint motion to stay proceedings in this matter. (Doc. 20). The motion states that the parties will engage in mediation on February 19, 2026. (Doc. 20 at 2). Therefore, the parties request that the Court stay all proceedings until the mediation is concluded. In the event that the stay is lifted and the matter has not been resolved, the parties request that Defendant have fifteen days from the day the stay is lifted to file a response to Plaintiffs' complaint. (Doc. 20 at 6). Accordingly,

IT IS ORDERED that the parties' joint motion is GRANTED. Proceedings in this matter are temporarily STAYED, pending the outcome of mediation. All outstanding deadlines are STAYED.

IT IS FURTHER ORDERED that on or before February 20, 2026, the parties shall file a joint status report, advising the Court as to the result of mediation and the status of settlement negotiations.

IT IS FURTHER ORDERED that, in the event the case does not settle,

Defendant's responsive pleading to Plaintiffs' amended complaint (Doc. 19) shall be due within 15 days from the day the stay is lifted.

DATED this 10th day of December, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge